

FILED
MAY 08 2000
GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY_____, DEPUTY

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: SPORTS HEROES, IN C.        )
                                   )   Case No. 96-14111-bh
                                   )   Chapter 7
                                   )

### PAYMENT OF FUNDS TO THE CLERK
### PURSUANT TO BANKRUPTCY RULE 3010

    Robert D. Garrett, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

    The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CHECK NUMBER | CLAIMANT & ADDRESS | AMOUNT |
|---|---|---|---|
| 023 | 305 | Oklahoma Tax Commission<br>Bankruptcy Section<br>PO Box 53248<br>Oklahoma City, OK 73152-3248 | $0.62 |
| 141 | 305 | Summit Lock Smiths, Inc<br>336 S State Street<br>Clarks Summit, PA 18411 | $4.67 |
| 199 | 305 | Menard Schwartz<br>1964 Cloverdale Ave.<br>Highland Park, ILO 60035-2108 | $2.73 |
| 380 | 305 | Steven D Brandlein<br>436 W CO Road $11505<br>Cloverdale, IN | $4.93 |
| 385 | 305 | Peter J Chatt<br>4690- 2 Dewey Avenue<br>Rochester, NY 14612 | $1.53 |

| | | | |
|---|---|---|---|
| 386 | 305 | Deborah A Phillips<br>1506 E Oldtown Road #F<br>Cumberland, MD 21502 | $1.19 |
| 388 | 305 | Elliot J Silver<br>54 Parrish Hill Drive<br>Nashua, NH 03063-2717 | $0.85 |
| 428 | 305 | Paul F Goodnow<br>1210 Miller Road<br>Spring Grove, IL 60081-8945 | $2.22 |
| 464 | 305 | Shawn Yonker<br>PO Box 123<br>Flintstone, MD 21530-0123 | $1.37 |
| 482 | 305 | Matt D Matheson<br>110 W 7th #200<br>Tulsa, OK 74119-1018 | $1.88 |
| 493 | 305 | Westquip, Inc<br>2804 Red Fern<br>Edmond, OK 73030 | $4.10 |
| 499 | 305 | Stracham Welding Service, Inc<br>1308 Fairview Road<br>Clarks Summit, PA 18411 | $4.95 |

**TOTAL**          $31.04

DATED: May 8, 2000

_____
Robert D. Garrett, Trustee
PO Box 32427
Oklahoma City, OK 73123-0627
405.842.0230        FUNDS-UNDER$5