

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: SPORTS HEROES, INC.      )
                                )   Case No. 96-14111-BH
                                )   Chapter 7

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

**COMES NOW** Robert D. Garrett, Trustee of the above captioned bankruptcy matter, and reports to the Court Clerk that after final distribution the following funds are unclaimed:

| CLAIM NO. | CHECK # | CLAIMANT & ADDRESS | AMOUNT |
|---|---|---|---|
| 274 | 128 | Nancy's Temporary Service<br>c/o Jeffrey Black, Atty<br>PO Box 720599<br>Oklahoma City, OK 73172 | $ 398.80 |
| 012 | 133 | S&A Hobby Distributors, Inc<br>Attn: Ellen Samon<br>1913 Atlantic Ave.<br>Manasquan, NJI 08736 | $ 23.62 |
| 032 | 142 | Hutch Sports USA<br>1835 Airport Exchange Blvd. #100<br>Erlanger, KY 41018-3132 | $ 658.99 |
| 035 | 144 | Accent Service Co, Inc<br>Gateway 2000<br>6200 Aurora #301E<br>Des Moines, IA 50322 | $ 311.56 |
| 047 | 152 | Tony Clark<br>c/o Michael Jaffee<br>1601 N Palm Ave., #309<br>Hollywood, CA 33026 | $ 102.40 |

| | | | |
|---|---|---|---|
| 048 | 153 | Tony Friedland<br>c/o Michael Jaffee<br>1601 N Palm Ave., #309<br>Hollywood, CA 33026 | $ 79.03 |
| 058 | 157 | Browning Ferris Industries, Okla District<br>PO Box 70<br>Wheatland, OK 73097-0070 | $ 9.82 |
| 080 | 169 | Aaron Hayden<br>1834 Kimwatt Road, #2<br>Knoxville, TN 37909 | $ 100.49 |
| 103 | 183 | Jim Bowie<br>c/o Michael Sowyrda<br>255 Park Ave. #1100<br>Worcester, MA 01609 | $ 116.05 |
| 114 | 190 | Manpower International, Inc.<br>5301 Ironwood Road<br>Milwauke, WI 53217 | $ 325.57 |
| 126 | 196 | Jim Waring<br>c/o Brad De Jardin<br>2555 Hungtingon Dr, #A225<br>San Marino, CA 91108 | $ 133.12 |
| 137 | 202 | Scott Motin<br>c/o Brad De Jardin<br>2555 Huntington Dr, #A225<br>San Marino, CA 91108 | $ 133.12 |
| 160 | 207 | Brad Larsen<br>c/o Chris Difrancesco<br>Natl Hockey League Players Assn<br>777 Bay Street   #2400<br>Toronto, Canada M5G2C8 | $ 208.73 |

| | | | |
|---|---|---|---|
| 165 | 210 | Mike McBain<br>c/o Chris Difrancesco<br>Natl Hockey League Players Assn<br>777 Bay Street #2400<br>Toronto, Canada M5G2C8 | $ 214.11 |
| 166 | 211 | Brian Boucher<br>c/o Chris Difrancesco<br>Natl Hockey League Players Assn<br>777 Bay Street #2400<br>Toronto, Canada M5G2C8 | $ 153.60 |
| 200 | 219 | Championship Marketing Group<br>235 E 87th Street #10D<br>New York, NY 10128 | $ 127.00 |
| 241 | 223 | Universal Medical Systems Inc<br>Attn: Dennis D Cole<br>13825 Icot Blvd., #613<br>Clearwater, FL 34620 | $2,303.94 |
| 245 | 225 | Matt O'Dwyer<br>c/o International Merchandising Corp<br>Attn: Legal Dept<br>One Erieview Plaza, #1300<br>Cleveland, OH 44114 | $ 34.02 |
| 247 | 226 | J J Stokes<br>c/o International Merchandising Corp<br>Attn: Legal Dept<br>One Erieview Plaza, #1300<br>Cleveland, OH 44114 | $ 95.57 |
| 274 | 232 | Nancy's Temporary Service<br>PO Box 720599<br>Oklahoma City, OK 73172 | $ 585.25 |

| | | | |
|---|---|---|---|
| 300 | 237 | Jason Schmidt<br>c/o Hendricks Management Co., Inc<br>400 Randal Way<br>Spring, TX 77368 | $ 17.07 |
| 310 | 238 | Cardboard Gold, Inc.<br>c/o Gary Rhodes, Atty<br>525 Central Park Drive #203<br>Oklahoma City, OK 73105 | $ 425.91 |
| 324 | 239 | Thomas Holmstrom | $ 42.67 |
| 325 | 240 | Jack Callahan | $ 90.45 |
| 326 | 241 | Sergei Gorbachev | $ 39.25 |
| 356 | 242 | Jan Erixon | $ 15.36 |

Address for above four claims:   c/o Athletes & Artists
                                 421 Seventh Ave., #1410
                                 New York, NY 10001

| | | | |
|---|---|---|---|
| 357 | 243 | Oy Semic Sport AB<br>Box 317<br>33101 Tampere<br>Finland | $ 10.24 |
| 358 | 244 | Pam Turner Green<br>PO Box 86118<br>Tuscaloosa, AL 35486 | $ 255.99 |
| 367 | 248 | Jeffrey S Silverman<br>17117 W Nine Mile #909<br>Southfield, MI 48075 | $ 85.33 |
| 371 | 251 | Peter & Gina Trampusch<br>834 S Cancun Drive<br>Gilbert, AZ 85233 | $ 85.33 |
| 375 | 253 | Sami-Vilkle Salomaa<br>c/o Athletes & Artists<br>421 Seventh Ave., #1410<br>New York, NY 10001 | $ 110.93 |

| | | | |
|---|---|---|---|
| 401 | 258 | Printing Center<br>9510 N Santa Fe Ave<br>Oklahoma City, OK 73114 | $ 80.04 |
| 417 | 270 | John Klein Photography<br>23 Rowland Lane<br>Ridgefield, CT 06877 | $ 35.84 |
| 466 | 286 | Tegan Brown Sports Photography<br>583 Village Drive, #4537<br>Pagosa Springs, CO 81147 | $ 131.86 |
| 469 | 288 | The Score Board, Inc/ Classic Game<br>c/o George J Krueger, Justina L Peders<br>1200 Four Penn Center Plaza<br>Philadelphia, PA 19103 | $ 174.13 |
| 494 | 297 | MCI Telecommunications, Inc.<br>Attn: Larry Newsom<br>1133 19th Street, NW<br>Washington, DC 20036 | $2,522.71 |
| 510 | 301 | Biancalana Praver Associates<br>Northstar Sprots Management<br>504 N 4th, #108<br>Fairfield, IA 52556 | $ 7.68 |
| Admin- fed w/hold | 116 | Internal Revenue Service | $5,845.49 |
| Admin- fed unempl | 117 | Internal Revenue Service | $ 108.00 |
| Admin- PA unempl | 118 | Nanticoke Bankruptcy Office<br>Dept of Revenue<br>Commonwealth of Pennsylvania<br>Harrisburg, PA 17128-0946 | $1,224.61 |

5

| | | | |
|---|---|---|---|
| Admin- PA w/hold | 119 | Dept of Revenue<br>Commonwealth of Pennsylvania<br>Dept 280946<br>Harrisburg, PA 17128-0946 | $ 378.00 |
| | **TOTAL** | | $17,801.68 |

A check made payable to the Court clerk is attached hereto for deposit into unclaimed funds.

DATED: September 11, 2000

*[signature]*

Robert D. Garrett, Trustee
PO Box 32427
Oklahoma City, OK 73123-0627
405.842.0230          UNCLAIMED FUNDS

6